**YORK ICE MACHINERY CORPORATION, Plaintiff-Appellee, v. Nathan WEIN, Defendant-Appellant.**

No. 161.

Circuit Court of Appeals, Second Circuit.

Jan. 9, 1933.

Daniel T. Hagan, of Providence, R. I., for appellant.

Pullman & Comley, of Bridgeport, Conn. (George H. Richards and Stuart B. McNaught, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

---

■

**Jaspar ZAROWICH, Plaintiff-Appellee, v. F. JARKA COMPANY, Inc., Defendant-Appellant.**

No. 157.

Circuit Court of Appeals, Second Circuit.

Jan. 9, 1933.

John W. Van Gordon, of New York City (Nathan Feldman, of New York City, of counsel), for appellant.

Saul Sperling, of New York City (Raymond Parmer and Walter X. Connor, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.